**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JEREMY DiCARLO,

      Plaintiff,

v.                                                                  No. 2:20-cv-00335-SMV-KRS

SIYARAM, LLC,

      Defendant.

**ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY
PLAN WITH MODIFICATIONS**

      At the Rule 16 scheduling conference held on July 1, 2020, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

      **IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE