# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**JEREMY DICARLO, an individual,**

    Plaintiff,

vs.

**SIYARAM, LLC d/b/a RELAX INN,**

    Defendant.

No. 2:20-cv-00335-SMV-KRS

## ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE

THIS MATTER having come before the Court on the Parties' Joint Motion to Dismiss with Prejudice, and the Court having considered the Motion and being otherwise fully advised in the premises, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the above-named suit, No. 2:20-cv-00335-SMV-KRS, and all causes of action that could have been asserted therein, including loss of consortium, is hereby DISMISSED WITH PREJUDICE.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

1

Submitted by,

MADISON, MROZ, STEINMAN, KENNY
& OLEXY, P.A.

By: _____
Gregory D. Steinman
Aaron K. Thompson
P.O. Box 25467
Albuquerque, NM 87102-3379
(505) 242-2177
gds@madisonlaw.com
akt@madisonlaw.com
*Attorneys for Defendant Siyaram, LLC
d/b/a Relax Inn*

Approved:

By: *Joseph M. Zebas – Approved 09/27/21*
Joseph M. Zebas
502 W. Alto Dr.
Hobbs, NM 88240
(575) 393-1024
*Attorney for Plaintiff*